IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ONI ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>PRIMESTAR FUND I TRS, INC.,<br><br>    Defendant. | Case No. 1:17-cv-01915-MHC |

### ORDER GRANTING PRIMESTAR FUND I TRS, INC.'S MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES

This matter is before the Court upon the Motion to Stay Discovery and Pretrial Deadlines (the "Motion to Stay") filed by Primestar Fund I TRS, Inc. ("Primestar"), Defendant in the above-styled civil action. Primestar has requested that this Court stay the discovery period and all other pretrial deadlines imposed by Fed. R. Civ. P. 26 and LR 26 (N.D. Ga.), pending a decision on its Motion to Dismiss.

The Court has reviewed the Motion to Stay, the complete record in this matter, and the applicable law, and finds that it is appropriate to stay discovery and pretrial deadlines, pending a decision on the Motion to Dismiss. *See Chudasama v.*

1

*Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) ("Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief should [ ] be resolved before discovery begins."). Accordingly, the Motion to Stay is hereby **GRANTED**. All discovery and other pretrial deadlines imposed by Fed. R. Civ. P. 26 and LR 26.2 (N.D. Ga.) are **STAYED** pending a decision by this Court on Primestar's Motion to Dismiss [Doc. 3].

**SO ORDERED**, this  4th   day of _____August_____, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE